# United States Court of Appeals
## For the Eighth Circuit

_____

No. 20-2574
_____

Christopher Everett

*Plaintiff - Appellant*

v.

Larry Ring, Police Officer Batesville PD; Martin, Jailer, Independence County Jail

*Defendants*

Bobby Tate, Deputy, Independence County Sheriff's Department; Jeffrey Tate, Jailer, Batesville Police Department; Sissy Wilson, Jail Administrator, Independence County Jail; Shawn Stevens, Sheriff, Independence County

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Batesville
_____

Submitted: March 11, 2021
Filed: March 26, 2021
[Unpublished]
_____

Before GRUENDER, WOLLMAN, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Arkansas prisoner Christopher Everett appeals the district court's[1] grant of summary judgment dismissing his pro se 42 U.S.C. § 1983 action for failure to exhaust his administrative remedies.

Having carefully reviewed the record, *see Gibson v. Weber*, 431 F.3d 339, 341 (8th Cir. 2005) (standard of review), we conclude that no genuine dispute of material fact exists as to whether Everett exhausted the administrative remedies available to him prior to filing suit, *see* 42 U.S.C. § 1997e(a) (stating that no action shall be brought with respect to prison conditions under § 1983 by a prisoner until available administrative remedies are exhausted); *Johnson v. Jones*, 340 F.3d 624, 627 (8th Cir. 2003) (stating that an inmate must exhaust all available administrative remedies before filing suit in federal court).  Accordingly, we affirm.  *See* 8th Cir. R. 47B.

_____

[1]The Honorable James M. Moody Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas.